IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-10809 ESL |
|---|---|
| **FRANCISCO M GONZALEZ RIVERA** <br> **JOMARIE M FERIA DIAZ** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the adequate protection for FirstBank of PR.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 8the day of March of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                              Case No. 10-10809 / 10810

GONZALEZ RIVERA, FRANCSICO M & FERIA DIAZ, JOMARIE      Chapter 13
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____       ☑ AMENDED PLAN DATED: 3/08/2011
    ☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 475.00 x 2 = $ 950.00
$ 325.00 x 10 = $ 3,250.00
$ 425.00 x 24 = $ 10,200.00
$ 525.00 x 24 = $ 12,600.00
$ _____ x _____ = $ _____

TOTAL: $ 27,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 27,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,838.00

Signed: /s/ FRANSICO M GONZALEZ RIVERA
           Debtor

          /s/ JOMARIE FERIA DIAZ
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. FIRST BANK OF PR   Cr. TOYOTA CREDIT   Cr. _____
# 10073867137056     # 0400093273     # _____
$ 12,000.00     $ 7,101.00     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).
ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.
TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.
DEBTOR WILL PROVIDE INSURANCE TO TOYOTA CREDIT AND FIRST BANK THROUGH EASTERN AMERICAN INSURANCE
$200. ADEQUATE PROTECTION FOR FIRST BANK AND TOYOTA CREDIT

Attorney for Debtor Jose Prieto                  Phone: (787) 607-2166

```
Label Matrix for local noticing          FIRSTBANK PUERTO RICO                    US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 9146                              U.S. Post Office and Courthouse Building
Case 10-10809-BKT13                      SAN JUAN, PR 00908-0146                  300 Recinto Sur Street, Room 109
District of Puerto Rico                                                           San Juan, PR 00901-1964
Old San Juan
Tue Mar  1 17:38:27 AST 2011

ATT WIRELESS                             American Infosource Lp As Agent for      B-LINE LLC
PO BOX 192830                            T Mobile/T-Mobile USA Inc                MS 550
SAN JUAN PR 00919-2830                   PO Box 248848                            PO Box 91121
                                         Oklahoma City, OK  73124-8848            SEATTLE WA 98111-9221


BANCO POPULAR DE PUERTO RICO             BANK OF AMERICA                          BPPR
BANKRUPTCY DEPARTMENT                    PO BOX 17054                             209 MUNOZ RIVERA AVE
PO BOX 366818                            WILMINGTON DE 19850-7054                 SAN JUAN PR 00918-1000
SAN JUAN PR 00936-6818


CITI FINANCIAL                           CREDIT COLLECTION SERV                   FIA CARD SERVICES NA As Successor In Interes
LTD FINANANCIAL SERVICES                 HANOVER INSURANCE GROUP                  1000 SAMOSET DRIVE DE5-023-03-03
7322 SOUTHWEST FEEWAY SUITE 1600         P O BOX 55126                            NEWARK DE 19713-6000
HOUSTON TX 77074                         BOSTON, MA 02205-5126


FIRST BANK                               FIRST FEDERAL SAVINGS                    HSBC BANK
BANKRUPTCY DIVISION                      AUTOMOBILE LOANS                         MALCOM S GERALD & ASSOC
PO BOX 9146                              SAN JUAN PR 00908                        P O BOX 1259
SAN JUAN PR 00908-0146                                                            OAKS, PA 19456-1259


JC PENNY                                 JOMARIE M FERIA DIAZ                     MBTI
MONARCH RCOVERY                          11628 PRINCIPE ALBERTO                   NCO FINANCIAL
PO BOX 21089                             RIO GRANDE ESTATE                        PO BOX 192478
PHILADELPHIA PA 19114-0589               RIO GRANDE PR 00745-5206                 HATO REY PR 00919-2478


RECOVERY MANAGEMENT SYSTEMS CORP         TCPR Toyota Credit de Puerto Rico Corporatio  TMOBILE
RAMESH SINGH                             PO BOX 366251                            P O BOX 742596
25 SE 2ND AVE STE 1120                   SAN JUAN, PR 00936-6251                  CINCINNATI, OH 45274-2596
MIAMI FL 33131-1605


TOYOTA MOTOR CREDIT CO                   VERIZON                                  WFNNB/MARIANNE
300 LAS CUMBRES AVE                      P O BOX 2800                             995 W 122nd AVEe
RIO PIEDRAS PR 00926                     LEHIGH VALLEY, PA  18002-8002            WESTMINSTER CO 80234-3417


ALEJANDRO OLIVERAS RIVERA                FRANCISCO M GONZALEZ RIVERA              JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS      11628 PRINCIPE ALBERTO                   JPC LAW OFFICE
PO BOX 9024062                           RIO GRANDE ESTATE                        PO BOX 363565
SAN JUAN, PR 00902-4062                  RIO GRANDE, PR 00745-5206                SAN JUAN, PR 00936-3565


JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS                  End of Label Matrix
CHAPTER 13 TRUSTEE                       OFFICE OF THE US TRUSTEE (UST)           Mailable recipients    28
PO BOX 9023884                           OCHOA BUILDING                           Bypassed recipients     0
SAN JUAN, PR 00902-3884                  500 TANCA STREET  SUITE 301              Total                  28
                                         SAN JUAN, PR 00901-1938
```