STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
FRANCISCO M GONZALEZ RIVERA
JOMARIE M FERIA DIAZ                    Chapter 13

Case No. 10-10809-BKT
Attorney Name: JOSE PRIETO CARBALLO ESQ*

### I. Appearances
- Debtor          [✓] Present  [ ] Absent
- Joint Debtor    [✓] Present  [ ] Absent
- Attorney for Debtor [✓] Present [ ] Absent
- [ ] Pro-se
- [ ] Substitute _____

Date: March 31, 2011
Time: 4:45pm  Track: R
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: ∅
Creditors
— None

### II. Oath Administered
[✓] Yes     [ ] No

### III. Documents Filed/Provided
- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
    - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate

- [ ] DSO Recipient's information
- ✗ [ ] State Tax Returns _____ [ ] Returned
- ✗ [ ] Federal Tax Returns _____ [ ] Returned
- [ ] Evidence of income (60 days prior to petition)

Ms. Jomarie Feria 2006, 2007 in Puerto Rico
Mr. Francisco 2007 (Florida)
Joint, 2008 (in Florida) (2009) in Puerto Rico

### IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

- [ ] Feasibility
- [✓] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)

- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
    - [ ] State - years _____
    - [✓] Federal - years 2006 Mr. Gonzalez

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
    - [ ] Missing    [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
    - [ ] Incomplete  [ ] Missing
    - [ ] Fails commitment period  [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
    - [ ] Missing  [ ] More than 180 days
    - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

FRANCISCO M GONZALEZ RIVERA  Case No. 10-10809-BKT
JOMARIE M FERIA DIAZ  Chapter 13  Attorney Name: JOSE PRIETO CARBALLO ESQ*

VI. Plan (Cont.)
  Date: March, 24, 2011  Base $ 27,000.00  [X] Filed  Evidence of Pmt shown: _____
  Payments _3_ made out of _4_ due.  [ ] Not Filed

VII. Confirmation Hearing Date: January, 14, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 162.00 = $ 2,838.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
    _____
    _____
    _____

[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

COMMENTS

Note: Mr. Francisco Gonzalez to Request Puerto Rico drivers licenses in 10 days; he currently has a Florida issued drivers license and has been living in PR since 2009.
(1) Trustee to review insurance quotes for vehicles submitted by debtors

(2) _____
Trustee/Presiding Officer

Date: March 31, 2011
(Rev.