IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FRANCISCO M GONZALEZ RIVERA

JOMARIE M FERIA DIAZ

DEBTOR(S)

CASE  10-10809-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **December 17, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 11, 2011          PLAN BASE: $27,480.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/13/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   To pay secured and insurance quote(s). Minimun base needed $27,930.00.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Submitt evidence of filing for 2006 federal tax ruturn.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$162.00/$2,838.00

Atty: JOSE PRIETO CARBALLO

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062