IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-10809 BKT |
|---|---|
| FRANCISCO M GONZALEZ RIVERA<br>JOMARIE FERIA DIAZ | CHAPTER 13 |
| DEBTOR(S) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 10th day of MAY of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                           Case No. 10-10809 / 10810

GONZALEZ RIVERA, FRANCSICO M & FERIA DIAZ, JOMARIE        Chapter 13
                      Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: 5/10/2011
☐ PRE ☐ POST-CONFIRMATION        Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 475.00 x 2 = $ 950.00
$ 325.00 x 10 = $ 3,250.00
$ 445.00 x 24 = $ 10,680.00
$ 545.00 x 24 = $ 13,080.00
$ _____ x _____ = $ _____

TOTAL: $ 27,960.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 27,960.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,838.00

Signed: /s/ FRANSICO M GONZALEZ RIVERA
          Debtor

          /s/ JOMARIE FERIA DIAZ
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. FIRST BANK OF PR    Cr. TOYOTA CREDIT    Cr. _____
# 10073867137056    # 0400093273    # _____
$ 12,000.00    $ 7,101.00    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).
ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.
TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.
DEBTOR WILL PROVIDE INSURANCE TO TOYOTA CREDIT AND FIRST BANK THROUGH EASTERN AMERICAN INSURANCE
ADEQUATE PROTECTION FOR FIRST BANK OF $200 AND $200.00 FOR TOYOTA CREDIT.

Attorney for Debtor Jose Prieto          Phone: (787) 607-2166

**AMENDED CHAPTER 13 PAYMENT PLAN**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-10809-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Mar  1 17:38:27 AST 2011 | FIRSTBANK PUERTO RICO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ATT WIRELESS<br>PO BOX 192830<br>SAN JUAN PR 00919-2830 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | B-LINE LLC<br>MS 550<br>PO Box 91121<br>SEATTLE WA 98111-9221 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON DE 19850-7054 | BPPR<br>209 MUNOZ RIVERA AVE<br>SAN JUAN PR 00918-1000 |
| CITI FINANCIAL<br>LTD FINANANCIAL SERVICES<br>7322 SOUTHWEST FEEWAY SUITE 1600<br>HOUSTON TX 77074 | CREDIT COLLECTION SERV<br>HANOVER INSURANCE GROUP<br>P O BOX 55126<br>BOSTON, MA 02205-5126 | FIA CARD SERVICES NA As Successor In Interes<br>1000 SAMOSET DRIVE DE5-023-03-03<br>NEWARK DE 19713-6000 |
| FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | FIRST FEDERAL SAVINGS<br>AUTOMOBILE LOANS<br>SAN JUAN PR 00908 | HSBC BANK<br>MALCOM S GERALD & ASSOC<br>P O BOX 1259<br>OAKS, PA 19456-1259 |
| JC PENNY<br>MONARCH RCOVERY<br>PO BOX 21089<br>PHILADELPHIA PA 19114-0589 | JOMARIE M FERIA DIAZ<br>11628 PRINCIPE ALBERTO<br>RIO GRANDE ESTATE<br>RIO GRANDE PR 00745-5206 | MBTI<br>NCO FINANCIAL<br>PO BOX 192478<br>HATO REY PR 00919-2478 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131-1605 | TCPR Toyota Credit de Puerto Rico Corporatio<br>PO BOX 366251<br>SAN JUAN, PR 00936-6251 | TMOBILE<br>P O BOX 742596<br>CINCINNATI, OH 45274-2596 |
| TOYOTA MOTOR CREDIT CO<br>300 LAS CUMBRES AVE<br>RIO PIEDRAS PR 00926 | VERIZON<br>P O BOX 2800<br>LEHIGH VALLEY, PA  18002-8002 | WFNNB/MARIANNE<br>995 W 122nd AVEe<br>WESTMINSTER CO 80234-3417 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | FRANCISCO M GONZALEZ RIVERA<br>11628 PRINCIPE ALBERTO<br>RIO GRANDE ESTATE<br>RIO GRANDE, PR 00745-5206 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| JOSE RAMON CARRION MORALES<br>CHAPTER 13 TRUSTEE<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                  28 |