UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-10809 BKT |
|---|---|
| FRANCISCO M GONZALEZ RIVERA<br>JOMARIE M FERIA | Chapter 13 |
| Debtor(s) | |

## ANSWER MOTION TO DISMISS
## FILED BY FIRST BANK OF PR

**TO THE HONORABLE COURT**:

**COMES NOW DEBTOR**, represented by the undersigned counsel and very respectfully **ALLEGES** and **PRAYS** as follows:

1. That First Bank Puerto Rico filed a motion requesting the dismissal of the above caption case stating that debtor had incur in arrears with the confirmed plan. (Docket #48).

2. That debtor is submitting evidence of having cure part of the arrears with the trustee. (See evidence attach).

3. That debtor request an extension of 30 days to become current with the plan.

**WHEREFORE**, it is respectfully requested to this Honorable Court to deny Request for Dismissal filed by First Bank PR.

**I HEREBY CERTIFY**: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 13 Trustee, and Mrs. Maria M Benabe, Esq. we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

**IN SAN JUAN, PUERTO RICO**, this 24th day of June of 2011.

**RESPECTFULLY SUBMITTED.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**DORAL BANK**
**FOUNTAINEBLUE BRANCH**
**MANAGER'S CHECK**

10685

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PRODUCT 55203N

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/20/11 | Check Number 10685<br>Remitter JOMARIL M. FERIA DIAZ<br>Pay to LIC. ALEJANDRO OLIVERA | $25.00 |